UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOIS J. MARSH,

           Plaintiff,

-vs-                                        Case No. 6:06-cv-1091-Orl-18KRS

LIZ FILLNER, LAWRENCE FILLNER,

           Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Application to Proceed Without Prepayment of Fees (Doc. 2). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff shall file a renewed Application to Proceed Without Prepayment of Fees along **WITH** her amended complaint within twenty (20) days from the date of this order. Failure to do so will result in dismissal of this case without further notice.

It is **SO ORDERED** in Orlando, Florida, this \_\_15\_\_ day of August, 2006.

                                                              G. KENDALL SHARP
                                                              Senior United States District Judge

Copies to:

Unrepresented Party, Lois J. Marsh by mail